UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 31  PM 12: 36

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| STEVEN P. BRADBURY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 2:24-cv-599 |
| CITY OF MONTPELIER; CITY OF MONTPELIER POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

A review of the docket in this case reveals the following:

1. On May 15, 2024, Plaintiff Steven P. Bradbury, a Vermont resident representing himself, filed a Complaint in the District Court for the Southern District of New York ("SDNY") against Defendants the City of Montpelier, Vermont and the Montpelier Police Department. (Doc. 1.)

2. On May 21, 2024, SDNY transferred the action to this court because venue lies here. That court further noted "[w]hether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to the made by the transferee court." (Doc. 3 at 2.)

3. On May 30, 2024, the case was received in this court.

Federal law generally requires a fee for parties seeking to institute "any civil action, suit or proceeding" in federal district court. 28 U.S.C. § 1914(a). The current fee is $405.00 comprised of a $350.00 filing fee plus a $55.00 administrative fee. Alternatively, a plaintiff may request authorization to proceed *in forma pauperis* ("IFP"), that is without prepayment of fees. *See id.* § 1915. Where a plaintiff seeks to proceed IFP, the court must determine whether he or she has demonstrated sufficient economic need to proceed without prepaying, in full, the required $405.00 filing fee.

Here, Plaintiff submitted the Complaint without the filing fee or an IFP application. Plaintiff must either pay the full filing fee or submit an IFP application demonstrating he is

unable to pay the fee to continue with this action. Plaintiff shall either pay the court's $405.00 filing fee or submit a completed IFP Application[1] no later than June 28, 2024. Should Plaintiff fail to comply with this Order, the case shall be dismissed without prejudice.

The Court certifies that any appeal would not be taken in good faith under 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 31 day of May, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court

---

[1] The clerk's office is respectfully requested to send Plaintiff the court's form IFP Application.