U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 NOV -4 PM 2:16

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

**********************

Steven P. Bradbury,

   Plaintiff,

v.           no. 02-24-cv-

             00599-gwc

City of Montpelier,

   *et al.,*

   defendants.

***************************

OPPOSITION TO MOTION OF MONTPELIER POLICE DEPARTMENT TO DISMISS AND CROSS-MOTION TO AMEND COMPLAINT TO NAME POLICE INDIVIDUALLY

   Plaintiff moves to amend his complaint to name members of the Montpelier police department personally rather than naming the police department of the City.

   The proposed amended complaint is attached.

ORAL ARGUMENT IS REQUESTED. Five minutes should be adequate to hear both sides.

Respectfully submitted,

Steven P. Bradbury, *pro se*

/S/. 11/4/24   Date:

Steven Bradbury

Steven P. Bradbury

**_of counsel:_**

Miles E. Hoisington*

75 South Park Dr**

Colchester, VT 05446

646.790.7742

mhoisingtonaty@gmail.com

*admitted and in good standing in New York.

** Mr. Hoisington is currently on sabbatical in Vermont (through December 1).

I HEREBY CERTIFY that I have mailed a copy of the above document to counsel of record this 1 day of ~~October~~ November 2024.

*Steven Bradbury November*

    Steven P. Bradbury