UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEVEN P. BRADBURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-599 |
| ) | |
| CITY OF MONTPELIER, VT, and CITY ) | |
| OF MONTPELIER, VT POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The court has received two letters from Mr. Bradbury. Copies have been sent to defense attorney James Carroll since the court is required to share a letter from one side with the other.

One letter concerns Mr. Bradbury's request for a copy of body camera or other video footage of his arrest in Montpelier. (Doc. 60.) On its face, this is a reasonable request. The only problem the court foresees is that there is uncertainty about which year the arrest occurred.

If there is an objection to the request, Mr. Carroll may file it with the court within 15 days. In the absence of an objection, Mr. Carroll shall supply a copy of any video to Mr. Bradbury within 30 days. There is no need to deliver the video to the court.

The second letter concerns Mr. Bradbury's desire to pursue settlement. As Mr. Carroll made clear when the parties appeared in court, he needs basic information about the claim and the facts that may support it before considering his client's settlement position. That is also a reasonable request.

An early neutral evaluation session is scheduled before Judge Doyle on June 10, 2025. It would be helpful to that process if the parties completed their initial discovery before the ENE

session. Beyond that advice, the court will not be drawn into any settlement negotiations because these are the responsibility of Judge Doyle who has agreed to serve as the settlement judge and early neutral evaluator.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 18th day of March, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court