UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN -6 PM 3: 00

BY_____
CLERK

DEPUTY CLERK

Steven P. Bradbury,

       Plaintiff,

       v.

City of Montpelier, et al.,

       Defendants.

Civil Action No. 2:24-cv-599

## SETTLEMENT CONFERENCE ORDER

This matter is referred to the undersigned for a settlement conference. (*See* Doc. 81.)
The settlement conference shall occur at the United States Courthouse, 4th Floor, Courtroom
410, 11 Elmwood Avenue, Burlington, Vermont, on Tuesday, June 17, 2025, at 10:00 a.m.
Counsel and parties need not report to chambers. To the extent it is relevant, an insured party or
an uninsured corporate party shall appear by representative with full and final authority to
discuss and enter into a binding settlement (this requirement cannot be satisfied by hiring a local
representative if the appropriate representative resides in another state). A party's personal
appearance is intended to increase the efficiency and effectiveness of the settlement conference
by reducing the time for communication of offers and expanding the ability to explore options
for settlement. A party's request to be excused must be made in writing no later than five
calendar days before the conference.

**No later than June 13, 2025,** each party must provide me, in confidence, a concise letter
containing a brief summary of the facts; analysis of the applicable law, including evidentiary
issues; strengths of the case; weaknesses of the case; status of discovery; identification of any

pending motions; an outline or itemization of damages or relief requested; status of settlement negotiations to date; and the names of individuals who will be attending the conference and in what capacity. All matters communicated to me in the confidential letter will be kept confidential, and will not be disclosed to any other party, or to the trial judge. **The parties shall submit these letters to chambers in hard copy**.

At the settlement conference, the parties should be prepared to discuss the factual and legal highlights of their cases. Separate, confidential caucuses will be held with each party and the party's representative.

In the days immediately preceding the settlement conference, if either party believes that negotiation attempts would not be fruitful at the time set for the conference for any reason (for example, insufficient discovery or a need to wait on the resolution of a dispositive motion), the parties should contact my chambers to schedule a status conference to discuss the concern. The Court may contact a party *ex parte* prior to the settlement conference after receiving the parties' settlement letters. If any party objects to these *ex parte* communications, the party should clearly state its objection in the settlement letter to the Court. Otherwise, the Court will presume that the parties consent to this procedure.

**IT IS SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 6th day of June 2025.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge